UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an <u>Application for Admission</u> before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at <u>www.ca4.uscourts.gov/cmecftop.htm</u>.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 13-1890 as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

**COUNSEL FOR:** Plaintiff Tempie Ann BELL

_____ as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

_____
(signature)

Daniel F. Read
Name (printed or typed)

919-683-1900
Voice Phone

_____
Firm Name (if applicable)

919-682-4955
Fax Number

115 E. Main St., Durham NC 27701
Address

readlaw@aol.com
E-mail address (print or type)

### CERTIFICATE OF SERVICE

I certify that on July 16, 2013 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Lynne P. Klauer, Esq.
Assistant US Attorney
PO Box 1858
Greensboro, NC 27402

July 16, 2013
Date

_____ Signature

11/17/2011
SCC